# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ADS ALLIANCE DATA SYSTEMS, INC., | : : : |
| Plaintiff, | : Case No. 2:15-cv-2415 : |
| v. | : Judge Gregory L. Frost : : Magistrate Judge Norah McCann King |
| LEONARD JENNINGS, | : : |
| Defendant. | : : : |

## AGREED ORDER OF DISMISSAL

Pursuant to the Settlement Agreement between the parties dated August 24, 2015, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court hereby orders that Plaintiffs claims against Defendant are DISMISSED with prejudice and without attorneys' fees or costs against any party.  The Court will retain jurisdiction to enforce the Settlement Agreement and the Agreed Order entered August 31, 2015 (Doc. #24).

IT IS SO ORDERED.

/s/ GREGORY L. FROST
United States District Judge

Agreed:

| | |
|---|---|
| /s/ Daniel J. Guttman | /s/ Lawrence D. Walker |
| Daniel J. Guttman, Esq. (0068034) | Lawrence D. Walker (0012036) |
| Matthew L. Roberts, Esq. (0079938) | walker@taftlaw.com |
| Baker & Hostetler LLP | Michael A. Byers (0016092) |
| 65 E. State Street, Suite 2100 | byers@taftlaw.com |
| Columbus, OH 43215 | TAFT STETTINIUS & HOLLISTER LLP |
| Telephone: (614) 228-1541 | 65 East State Street, Suite 1000 |
| Facsimile: (614) 462-2616 | Columbus, Ohio 43215 |
| dguttman@bakerlaw.com | Telephone: (614) 221-2838 |
| mroberts@bakerlaw.com | Facsimile: (614) 221-2007 |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |